**COURTROOM DEPUTY MINUTES**          **DATE:** June 14, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:01 - 10:07

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:06MJ59-VPM     **DEFT. NAME:** TONY EUGENE BIRCHFIELD

**USA:** CHRISTOPHER SNYDER     **ATTY:** SAMUEL WALKER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** _____

Defendant ___ does __√__ does NOT need an interpreter; NAME: _____

---

- √ **Kars.**   Date of Arrest **6/14/06**   or   √ Rule 5 Arrest
- √ **kia.**   Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- ☐ **Finaff.**   Financial Affidavit executed   ☐ to be obtained by PTS;   ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ **koappted**   **ORAL ORDER** appointing Federal Defender   -   **Notice to be filed.**
- ☐ **20appt.**   Panel Attorney Appointed;   ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.   ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ Set for _____;   ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ **kotempdtn.**   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ **kodtn.**   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ **kocondrls.**   Release order entered.   ☐ Deft. advised of conditions of release.
- ☐ **kbnd.**   ☐ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR)
- ☐   **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ **Loc.(LC)**   Bond **NOT** executed. Deft to remain in Marshal's custody
- √ **ko.**   Deft. **ORDERED REMOVED** to originating district
- ☐ **krmvhrg.**   Identity/Removal Hearing set for _____;   ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ **kwvprl.**   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
- ☐ **Karr.**   **ARRAIGNMENT** SET FOR: _____   ☐ **HELD**. Plea of **NOT GUILTY** entered.
  ☐ Trial Term _____;   ☐ **PRETRIAL CONFERENCE DATE:** _____
  ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ **Krmknn.**   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ **Kwvspt**   **Waiver of Speedy Trial Act Rights Executed.**